UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEMETRIC SCOTT,

    Plaintiff,

v.                                      Case No. 14-C-31

WILLIAM POLLARD, et al.,

    Defendants.

**ORDER**

The plaintiff's complaint was dismissed without prejudice because I concluded it failed, in its present form, to state a claim upon which relief may be granted. In short, it alleged that the plaintiff became ill due to the fact that a prison guard, rather than a nurse, dispensed his medication. In dismissing the complaint, I indicated that the complaint would be dismissed *with* prejudice if the plaintiff did not amend the complaint, within 45 days, to include a more plausible claim.

Plaintiff now moves for leave to exhaust his administrative remedies. It is unknown how long that will take, but history suggests it should not be more than a month. Although it is likely that he could exhaust and file an amended complaint within the time already allowed, I will grant him until May 30, 2014 in which to file an amended complaint. Failure to do so will result in dismissal of the action with prejudice. The motion is **GRANTED**, as set forth above.

**SO ORDERED** this 25th day of March, 2014.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court